United States District Court
Middle District of Florida
Jacksonville Division

CHANTEL MARIE TESKA,

    *Plaintiff,*

v.                                    NO. 3:25-cv-1571-PDB

COMMISSIONER OF SOCIAL SECURITY,

    *Defendant.*

---

## Order

After the plaintiff failed to file a brief, the court ordered her to show cause by April 6, 2026, why the case should not be dismissed for failure to prosecute. Doc. 12. Since the order, the plaintiff has filed nothing.

By **April 24, 2026**, the plaintiff must show cause why the case should not be dismissed for failure to prosecute. **Failure to comply will result in dismissal of the case. Considering the 60-day period for requesting judicial review under 42 U.S.C. § 405(g), the dismissal would preclude the plaintiff from challenging the decision in federal court.**

**Ordered** in Jacksonville, Florida, on April 13, 2026.

Patricia D. Barksdale
United States Magistrate Judge